# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK PHELPS, Derivatively On Behalf Of PEABODY ENERGY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>SAMANTHA B. ALGAZE, ANDREA E. BERTONE, NICHOLAS J. CHIREKOS, STEPHEN E. GORMAN, GLENN L. KELLOW, JOE W. LAYMON, BOB MALONE, DAVID J. MILLER, MICHAEL W. SUTHERLIN, DARREN R. YEATES, AND AMY B. SCHWETZ,<br><br>Defendants,<br><br>and<br><br>PEABODY ENERGY CORPORATION,<br><br>Nominal Defendant | Case No.: 1:20-cv-01747-CFC |
| PASQUALINO DI FUSCO, derivatively on behalf of PEABODY ENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GLENN L. KELLOW, AMY B. SCHWETZ, DARREN R. YEATES, BOB MALONE, NICHOLAS J. CHIREKOS, ANDREA E. BERTONE, STEPHEN E. GORMAN, JOE W. LAYMON, MICHAEL W. SUTHERLIN, SAMANTHA B. ALGAZE, DAVID J. MILLER, BILL CHAMPION, and MARK SPURBECK, | Case No.: 1:21-cv-00183-CFC |

|  |
|---|
| Individual Defendants, |
| -and- |
| PEABODY ENERGY CORPORATION, a Delaware corporation, |
| Nominal Defendant. |

## JOINT STIPULATION AND [PROPOSED] ORDER

WHEREAS, on December 22, 2020, Plaintiff Mark Phelps filed a shareholder derivative action on behalf of Nominal Defendant Peabody Energy Corporation ("Peabody" or the "Company") in this Court alleging breaches of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, and for contribution under Sections 10(b) and 21D of the Securities Exchange Act of 1934 (the "Exchange Act") against defendants Samantha B. Algaze, Andrea E. Bertone, Nicholas J. Chirekos, Stephen E. Gorman, Glenn L. Kellow, Joe W. Laymon, Bob Malone, David J. Miller, Michael W. Sutherlin, Darren R. Yeates, and Amy B. Schwetz (collectively, the "*Phelps* Individual Defendants"), captioned *Phelps v. Algaze, et al.*, Case No. 1:20-cv-01747-CFC (the "*Phelps* Action");

WHEREAS, on February 10, 2021, Plaintiff Pasqualino Di Fusco filed a shareholder derivative action alleging substantially similar facts and asserting claims for breach of fiduciary duty, violations of Section 14(a) of the Exchange Act, unjust enrichment, and waste of corporate assets against defendants Glenn L. Kellow, Amy B. Schwetz, Darren R. Yeates, Bob Malone, Nicholas J. Chirekos, Andrea E. Bertone, Stephen E. Gorman, Joe W. Laymon, Michael W. Sutherlin, Samantha B. Algaze, David J. Miller, Bill Champion, and Mark Spurbeck (collectively, the "*Di Fusco* Individual Defendants" and, together with the *Phelps* Individual Defendants and Peabody, "Defendants") in this Court, captioned *Di Fusco v. Kellow, et al.*, Case No. 1:12-cv-

00183-CFC (the "*Di Fusco* Action," and together with the *Phelps* Action, the "Related Derivative Actions");

WHEREAS Defendants have accepted service of the complaints filed in the Related Derivative Actions;

WHEREAS, under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

WHEREAS the Related Derivative Actions challenge substantially the same alleged conduct by substantially the same defendants, and involve substantially the same questions of law and fact;

WHEREAS, to avoid potentially duplicative actions and to prevent any waste of the Court's and nominal defendant's resources, the parties agree that the Related Derivative Actions should be consolidated for all purposes, including pre-trial proceedings and any trial, into a single consolidated action;

WHEREAS, in order to realize the efficiencies made possible by consolidation of the Related Derivative Actions, Plaintiffs Mark Phelps and Pasqualino Di Fusco (together, "Plaintiffs") agree that Gainey McKenna & Egleston and Levi & Korsinsky, LLP, the respective resumes of which are attached hereto as Exhibits A and B respectively, shall be designated as Co-Lead Counsel representing plaintiffs in the Related Derivative Actions;

WHEREAS, Defendants take no position on the qualifications or appointment of Co-Lead Counsel for Plaintiffs;

WHEREAS the Plaintiffs also agree that Bielli & Klauder, LLC shall be designated Liaison Counsel representing Plaintiffs in the Related Derivative Actions;

WHEREAS an earlier-filed and factually related securities class action is pending in the United States District Court for the Southern District of New York, captioned *In re Peabody Energy Corp. Securities Litigation*, Case No. 1:20-cv-08024-PKC (the "Securities Litigation"), in which plaintiff asserts federal securities claims against the Company and certain of its officers (both of whom are defendants in the Related Derivative Actions);

WHEREAS, there is substantial overlap between the facts and circumstances alleged in the Related Derivative Actions and the Securities Litigation;

WHEREAS, the parties have met and conferred concerning the most efficient manner in which to litigate the derivative claims in the Related Derivative Actions and agree that resolution of the claims in the Securities Litigation may help inform the manner in which the Related Derivative Actions proceed;

WHEREAS, in an effort to proceed in the most efficient manner, the parties agree that it would save judicial and party resources to (i) temporarily stay the Related Derivative Actions in their entirety (including all discovery) until the court issues a ruling on any motions to dismiss in the Securities Litigation and (ii) adjourn the deadline for all Defendants to move, answer, or otherwise respond to the Complaints in the Related Derivative Actions; and

WHEREAS no prior stipulation or request for an extension has been filed;

WHEREFORE, the parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. The following actions are hereby consolidated for all purposes, including pre-trial proceedings and any trial, under Case No. 1:20-cv-01747-CFC (Consolidated) (the "Consolidated Action"), pursuant to Federal Rule of Civil Procedure 42(a):

| **Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Phelps v. Algaze, et al.* | 1:20-cv-01747-CFC | December 22, 2020 |
| *Di Fusco v. Kellow, et al.* | 1 :21-cv-00183-CFC | February 10, 2021 |

2.  Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE PEABODY ENERGY CORP. DERIVATIVE LITIGATION | Case No. 1:20-cv-01747-CFC (Consolidated) |

3.  All papers filed in connection with the Consolidated Action will be maintained in one file under Case No. 1:20-cv-01747-CFC (Consolidated).  Hereafter, papers need only be filed in Case No. 1:20-cv-01747-CFC (Consolidated).

4.  The undersigned counsel for Defendants hereby accepts personal service of the complaints filed in the *Phelps* Action and the *Di Fusco* Action on behalf of all Defendants as of today's date, but each Defendant expressly reserves all rights, defenses, and other objections (other than insufficient process or insufficient service of process).

5.  Co-Lead Counsel for Plaintiffs for the conduct of the Consolidated Action shall be:

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole
Correy A. Kamin

55 Broadway, 10th Floor<br>
New York, NY 10006<br>
Telephone: (212) 363-7500<br>
Facsimile: (212) 363-7171<br>
Email: gnespole@zlk.com<br>
Email: ckamin@zlk.com

6. Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for Plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

7. Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

8. Liaison Counsel for Plaintiffs for the conduct of the Consolidated Action shall be:

<b>BIELLI & KLAUDER, LLC</b><br>
Ryan M. Ernst, Esq. (#4788)<br>
1204 N. King Street<br>
Wilmington, DE 19801<br>
Telephone: (302) 321-5411<br>
Email: rernst@bk-legal.com

9. Liaison Counsel shall perform all tasks expected of Delaware counsel and shall be primarily responsible for communications between Plaintiffs and the Court and for Plaintiffs' filings with the Court.

10. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

11. This Order shall apply to each derivative case arising out of the same, or substantially the same, transactions or events as the Consolidated Action, that is subsequently filed

in, removed to, reassigned to, or transferred to this Court. When a derivative case that properly belongs as part of *In re Peabody Energy Corp. Derivative Litigation*, Case No. 1:20-cv-01747-CFC (Consolidated), is hereafter filed in this Court, reassigned to this Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the Clerk of the Court the filing, reassignment, or transfer of any derivative case that might properly be consolidated as part of *In re Peabody Energy Corp. Derivative Litigation*, Case No. 1:20-cv-01747-CFC (Consolidated), and counsel are to assist in assuring that counsel in subsequent actions receive notice of this order.

      12.      The Related Derivative Actions are stayed in their entirety (including all discovery) until the court issues a ruling on any motions to dismiss in the Securities Litigation, at which time the parties shall meet and confer to discuss whether the stay should be lifted or extended further, and shall so advise the Court. Defendants are not required to move, answer, or otherwise respond to the complaints filed in any of the underlying Related Derivative Actions. Defendants shall likewise not be required to move, answer, or otherwise respond to any substantially similar derivative complaints that are subsequently filed and consolidated into the Consolidated Action.

      13.      This Stipulation is without prejudice to any and all defenses, including jurisdictional defenses, Defendants may assert in this or any of the above-referenced actions and without prejudice to any and all claims Plaintiffs may assert.

      **IT IS SO STIPULATED.**

<table>
<tr><td>March 24, 2021</td><td>**BIELLI & KLAUDER, LLC**</td></tr>
</table>

*/s/ Ryan M. Ernst*
Ryan M. Ernst, Esq. (#4788)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 321-5411
Email: rernst@bk-legal.com

*[Proposed Liaison Counsel for Plaintiffs]*

**OF COUNSEL:**

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

**LEVY & KORSINSKY, LLP**
55 Broadway, 10th Floor
Gregory M. Nespole
Correy A. Kamin
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: gnespole@zlk.com
Email: ckamin@zlk.com

*[Proposed] Co-Lead Counsel for Plaintiffs*

                **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

                */s/ Susan W. Waesco*
                William M. Lafferty (#2755)
                Susan W. Waesco (#4476)
                Sara Toscano (#6703)
                1201 North Market Street
                Wilmington, DE 19801
                (302) 658-9200
                Email: wlafferty@morrisnichols.com
                Email: swaesco@morrisnichols.com
                Email: stoscano@morrisnichols.com

                **OF COUNSEL:**

                **CRAVATH, SWAINE & MOORE LLP**
                Karin A. DeMasi
                J. Wesley Earnhardt
                825 Eighth Avenue
                New York, NY 10019
                Telephone: (212) 474-1000
                Facsimile: (212) 474-3700
                Email: kdemasi@cravath.com
                Email: wearnhardt@cravath.com

                *Counsel for Defendants Samantha B. Algaze, Andrea E. Bertone, Nicholas J. Chirekos, Stephen E. Gorman, Glenn L. Kellow, Joe W. Laymon, Bob Malone, David J. Miller, Michael W. Sutherlin, Darren R. Yeates, Amy B. Schwetz, Bill Champion and Mark Spurbeck, and Nominal Defendant Peabody Energy Corporation*

**IT IS SO ORDERED** this \_\_\_\_\_ day of _____, 2021

                _____
                THE HONORABLE COLM F. CONNOLLY